AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  13-CV-1744(NS)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  HALSTED FINANCIAL SERVICES LLC
was received by me on *(date)*  04/08/2013

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  NADIA USMAN , who is designated by law to accept service of process on behalf of *(name of organization)*  HALSTED FINANCIAL SERVICES LLC   CORPORATE MANAGER  on *(date)*  04/08/2013  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  04/08/2013

Server's signature

LARRY BIELA / SPECIAL PROCESS SERVER
*Printed name and title*

4210 W IRVING PARK ROAD
CHICAGO, IL. 60641
ILLINOIS LICENSE 11-001755
*Server's address*

Additional information regarding attempted service, etc:

* SERVICE ADDRESS 8548 KARLOV, SKOKIE, IL. 60706